UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

DR. GERALD FINKEL, *as Chairman of the Joint Industry Board of the Electrical Industry*,

                Plaintiff,

v.

UNIVERSAL ELECTRIC CORP.,

                Defendant.
-----------------------------------------------------------------

**ORDER**
12-CV-2154 (MKB)

MARGO K. BRODIE, United States District Judge:

       The Report and Recommendation of Magistrate Judge Cheryl L. Pollak dated August 9, 2013, to which no objections have been filed, is adopted in its entirety. The Court grants Plaintiff's motion for a default judgment and directs the Clerk of the Court to enter judgment in the amount of $14,914.34, consisting of: (1) $4,378.63 in unpaid Required Contributions, (2) $7,035.29 in interest, (3) $870.23 in liquidated damages, and (4) $2,630.19 in attorney's fees and costs. Plaintiff is also awarded any additional interest that accrues after the date of the Report and Recommendation until the entry of judgment, together with post-judgment interest. *See* 28 U.S.C. § 1961.

                                            SO ORDERED:

                                                  s/ MKB
                                          MARGO K. BRODIE
                                          United States District Judge

Dated: August 27, 2013
       Brooklyn, New York